# EXHIBIT 1



**МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ**

Мін'юст

вул. Архітектора Городецького, 13, м. Київ, 01001

тел.: (044) 364-23-93, факс: (044) 271-17-83

E-mail: callcentre@minjust.gov.ua, themis@minjust.gov.ua,

Web: http://www.minjust.gov.ua,

код згідно з ЄДРПОУ 00015622

**Office of International Judicial Assistance**
**U.S. Department of Justice**
**1100 L Street, NW, Room 8102**
**Washington, D.C. 20005**
**United States of America**

*RE: Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Commercial Matters.*

Under the above-mentioned Convention please, find enclosed the court request to obtain information and documents concerning Go Daddy. com.LLC.

Please, inform our Ministry on results of consideration of the request referring to our reference number.

Please, be informed that for the period of quarantine the letters of our Ministry are performed in e-form and signed with the qualified electronic signature, which by its legal validity is equivalent to the handwritten signature according to the Law of Ukraine «On Electronic Trust Services».

Enclosure: documents.

**Deputy Head of the**
**International Legal Assistance**
**in Civil Matters Unit of the**
**International Law Directorate**

**Tetyana Ryabets**



СЕД АСКОД
**Міністерство юстиції України**
№ 10194/5596-22-22/12.1.2 від 26.01.2022
Підписувач Рябець Тетяна Володимирівна
Сертифікат 58E2D9E7F900307B04000000B28A2F00FF038600
Дійсний з 13.07.2020 0:00:00 по 13.07.2022 0:00:00

FEB 1 5 2022

CIV-189-287-22-3

Annex 11
to the Order on the procedure for execution of
international contracts in the matter of the
provision of judicial assistance in civil cases
on the  delivery of documents, reception of
evidence, adjudication and execution of
judgments


# REQUEST
## for international legal assistance
## pursuant to the Hague Convention on 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

| 1 | Sender | Shevchenkivskyi District Court of Kyiv |
| | | 31a, Degtyarivska street, Kyiv, 03057. |
| | | (name and address) |

| 2 | Central Authority of the  Requested State | U.S. Department of Justice Civil Division, 950 |
| | | Pennsylvania Avenue, N.W., D.C.20530-0001 |
| | | (name and address) |

| 3 | Person to whom the executed request is to be returned | Shevchenkivskyi District Court of Kyiv |
| | | 31a, Degtyarivska street, Kyiv, 03057. |
| | | (name and address) |

4    Specification of the date by which the requesting authority requires receipt of the response to the Request

Date _____

Reason for urgency _____

IN CONNFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| 5a | Requesting judicial authority (article 3,a) | Shevchenkivskyi District Court of Kyiv |
| | | 31a, Degtyarivska street, Kyiv, 03057. |
| | | (name and address) |

Omit if inappropriate
Delete if inappropriate

| | Annex 11 continuation sheet |
|---|---|
| b to the competent authority of (article 3,a) | United States of America |
| | (requested state) |
| c name of the case and identifying number | **In a civil case at the suite:**<br>**Plaintiff**: Khrimli Oleksandr Hennadiiovych (TIN: 2362316154, place of residence: Kyiv, Heroiv Stalingrada Avenue, building 2G, office 10),<br>**Defendant-1:** Oleksiy Presnakov (location: Russian Federation, Yaroslavl, Uglichskaya str., building 39, apt.3),<br>**Defendant-2:** Limited Liability Company "Interfax-Ukraine" Information Agency (EDRPOU: 23732734, location: Kyiv, Reytarska Str., building 8/5A),<br>**Defendant-3**: the copy editor of the online media «glavk.net» Maxim Mashkov (location: Republic of Lithuania, Vilnius, Perkunkeme Str., building 2/2)<br>**Defendant-4:** Chornoivan Taras Mykolayovych (last place of registration: Vinnytsia oblast, Sharhorod district, Sharhorod, Chornovola (Parkhomenko) Street, building 33, apt. 2),<br>**the third party in favour of Defendant-2:** Boltryk Yehor Yuriyovych (location: Kyiv, Lesia Ukrainka Blvd., building 29, apt. 48),<br>**the third party, who does not assert claims, on the side of the defendants:** the Public organization All-Ukrainian Association "Avtomaidan" (EDRPOU: 39174967, location: 03039, Kyiv, Holosiivskyi ave., building 21, apt. 56) ),<br>**the third party who does not declare independent claims, on the part of the defendants**: Rizanenko Pavlo Oleksandrovych (Kyiv region, Brovary, Nezalezhnosti Blvd., building 12v, apt. 82),<br>the subject of the case: recognizing of information as invalid and disgracing honor, dignity and business reputation. |

| 6 | Names and addresses of the parties and their representatives (including representatives in the requested State (Article 3b) | |
|---|---|---|
| a | Plaintiff | Khrimli Oleksandr Hennadiiovych (TIN: 2362316154, address: 04210, Ukraine, Kyiv, Heroiv Stalingrada Avenue, building 2G, apt. 10), |
| | Representatives | Kravets Rostyslav Yuriyovych (TIN: 26855002573 address: 04053, Ukraine, |

| | Kyiv, Bekhterivskyi Lane, 4B) |
|---|---|
| Omit if inappropriate | |
| Delete if inappropriate | |
| | |
| b Defendant-1 | Oleksiy Presnakov (location: Russian), Federation, Yaroslavl, Uglichskaya str., building 39, apt.3 |
| b Defendant-2 | Limited Liability Company "Interfax-Ukraine" Information Agency (EDRPOU: 23732734, location: Kyiv, Reytarska Str., building 8/5A), |
| b Defendant-3 | the copy editor of the online media «glavk.net» Maksim Mashkov (location: Republic of Lithuania, Vilnius, Perkunkeme Str., building 2/2) |
| b Defendant-4 | Chornoivan Taras Mykolayovych (last known place of registration: Vinnytsia oblast, Sharhorod district, Sharhorod, Chornovola (Parkhomenko) Street, building 33, apt. 2), |
| C Other Parties | Boltryk Yehor Yuriyovych (location: Kyiv, Lesia Ukrainka Blvd., building 29, apt. 48), the Public organization All-Ukrainian Association "Avtomaidan" (EDRPOU: 39174967, location: 03039, Kyiv, Holosiivskyi ave., building 21, apt. 56), Rizanenko Pavlo Oleksandrovych (Kyiv region, Brovary, Nezalezhnosti Blvd., building 12v, apt. 82), |
| Representatives | |
| 7 a the subject of the case (divorcement, filiations, breach of obligations, product liability) Nature of proceedings (article 3,c) | recognizing of information as invalid and disgracing honor, dignity and business reputation. |
| b Summary of complaint | To confute and remove invalid information from relevant sites. |
| Delete if inappropriate | |

Annex 11 continuation sheet

C Summary of defence and counterclaim

There were no rebuttal to the claim or the counterclaim.

d Other necessary information or documents.

8 a Evidence to be obtained or other judicial act
to be performed (article 3,d)

Information about website owners,
domain names, and hosting services
receivers.

b Purpose of the evidence or judicial act sought

To determine appropriate defendants
to the case

9 Identity and address of any person to be
examined (article 3.e)

Find list attached.

10. Questions to be put to the person to be
examined or statement of the subject matter
about which they are to be examined (article 3.f)

Find list attached.

11. Documents or other property to be inspected
(article 3.g)

12. Any requirement that the evidence be given
on oath or affirmation and any special form to
be used (article 3.h)

Omit if inappropriate

*If it is not possible to procure evidence by means of requested method, there shall be denoted
whether it is to be received by means provided by local authorities for obtaining of formal evidence.*

Delete if inappropriate

Annex 11 continuation sheet

13. Special methods of procedure to be followed
(as verbal or script record, verbal report or
summary of answers, cross examination etc.)
(articles 3.i.and 9)

_____
_____
_____
_____
_____

14. Request for notification of the time and
place for the execution of the Request and
identity and address of any person
to be notified (article 7)

Shevchenkivskyi District Court of Kyiv
31a, Degtyarivska, Kyiv, 03057.
_____
_____

15. Request for attendance or participation of
judicial personnel of the requesting authority
at the execution of the Request (article 8).

_____
_____
_____
_____

16. Specification of privilege or duty to refuse to
give evidence under the law of Ukraine
(article 11.b)

_____
_____
_____
_____
_____

17. The fees and costs incurred which are
reimbursable under the second paragraph of
article 14 or under article 26 of the
Convention will be borne by:

Khrimli Oleksandr Hennadiiovych (TIN:
2362316154, place of residence: Kyiv, Heroiv
Stalingrada Avenue, building 2G, apt. 10)
_____
_____
_____

DATE OF REQUEST
SIGNATURE AND SEAL
OF THE REQUESTING AUTHORITY

November, 18 2021
Seal: Ukraine, Shevchenkivskyi District Court
of Kyiv, ID code 02896710

/Signature/

* Omit if inappropriate

* **Delete** if inappropriate

Annex to the Request

## List of questions
### to be put to the person or statement of the subject matter they are to be examined about, pursuant to article 3.f of the Hague Convention on 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

1. To require the information about the person (if it is a private entity – a surname, name and patronymic, address of residence, registration number of the taxpayer's account card, telephone number; if it is a legal entity – a name, an identification code, legal address, and telephone number), who is:

1.1. the registrant of the domain name kompromat1.info - at the domain name registrar Go Daddy.com, LLC, address: 14455 North Hayden Road, Suite 26, Scottsdale   AZ   85260,   United   States;   e-mail:   abuse@godaddy.com, legal@godaddy.com,   tel.:   +14805058800;   +14806242505;   0893202529,   and information about the owner of the account used for hosting this website on the Internet;

1.2. the receiver of hosting services for hosting the software of the website http://kompromat1.info/ on a specialized web server and providing access to it from the Internet - at the hosting provider of that website Cloudflare, Inc, address: 101 Townsend Street, San Francisco, CA, 94107, US, email: abuse@cloudflare.com; tel.:+16503198930, and data on the owner of the account used for hosting this website on the Internet;

1.3. the registrant of the domain name glavk.net, more specifically as of 08.08.2020 at the registrant of the domain name Name.com, Inc, location address: 414 14th Street # 200, Denver, Colorado, 80202, United States; address for correspondence: P.O. Box 6197, Denver CO 80206, United States, e-mail: abuse@name.com,   support@name.com,   tel.   +172022350091,   +17202492374, +17203101849, and data on the owner of the account used for hosting this website on the Internet.

Signature and seal of the requesting authority

Seal: Ukraine, Shevchenkivskyi District Court of Kyiv, ID code 02896710

/Signature/

Bound and numbered
6 pages

Judge          /Signature/   Saadulayev A. G.
Secretary      /Signature/   Korniychuk Ye. T.

Seal: Ukraine, Shevchenkivskyi District Court of Kyiv, ID code 02896710

Цей переклад з української мови на англійську мову зроблено мною, перекладачем Глебовою-Пересєсковою Катериною Юріївною.

03 січня 2022 року.

Підпис: _____

**Місто Київ, Україна третього січня дві тисячі двадцять другого року.**
Я, **Халявка Н.М.,** приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача, Глебової-Пєрєсєкової Катерини Юріївни, який зроблено у моїй присутності.
Особу перекладача встановлено, її дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № _10_

**Приватний нотаріус**                              **Н.М. Халявка**

EMBLEM OF UKRAINE

COPY

Case № 761/20891/21
Procedure № 2/761/9187/2021

**RESOLUTION**
**IN THE NAME OF UKRAINE**

In November 18, 2021 Shevchenkivsky District Court of Kyiv, with the following membership of:

Presiding Judge Saadulaev A.G.,

Secretary Korniychuk Ye.T.,

considering in open court in Kyiv a civil case on the claim of:

Plaintiff: Khrimli Oleksandr Hennadiiovych (TIN: 2362316154, place of residence: Kyiv, Heroiv Stalingrada Avenue, building 2G, apt. 10),

Defendant-1: Oleksiy Presnakov (location: Russian Federation, Yaroslavl, Uglichskaya Street, building 39, apt. 3),

Defendant-2: Limited Liability Company "Interfax-Ukraine" Information Agency (EDRPOU: 23732734, location: Kyiv, Reytarska Str., building 8/5A),

Defendant - 3: Maxim Mashkov, the editor of the online media «glavk.net» (location: Republic of Lithuania, Vilnius, Perkunkeme Str., building 2/2),

Defendant-4: Chornoivan Taras Mykolayovych (last place of registration: Vinnytsia oblast, Sharhorod district, Sharhorod, Chornovola (Parkhomenko) Street, building 33, apt. 2),

the third party in favour of Defendant-2: Boltryk Yehor Yuriyovych (location: Kyiv, Lesia Ukrayinka Blvd., building 29, apt. 48),

third party, who does not assert claims, on the side of the defendants: the Public organization "All-Ukrainian Association" Avtomaidan" (EDRPOU: 39174967, location: 03039, Kyiv, Holosiivskyi ave., building 21, apt. 56) ),

the third party who does not declare independent claims, on the part of the defendants: Rizanenko Pavlo Oleksandrovych (Kyiv region, Brovary, Nezalezhnosti Blvd., building 12v, apt. 82),

the subject of the case: recognizing of the information as invalid and disgracing honor, dignity, and business reputation,

**resolved:**

In June 2021, Khrimli Oleksandr Hennadiiovych put in the above-mentioned claim.

According to the protocol of automated distribution of the case between judges, the above-mentioned claim was given to Judge Saadulayev A. I.

The proceeding was set by the decision of the Shevchenkivsky District Court of Kyiv of September 2, 2021 according to the rules of general action proceedings. A preparatory court hearing has been scheduled.

Shevchenkivsky District Court of Kyiv
*261058808863*1*1*

The representative of the Plaintiff, together with the statement of claim, filed a petition to the court for the request of evidence, where he asks to request information about the person: who is: the registrant of the domain name kompromatl.info; the recipient of hosting services for hosting of software on the website http://kompromat1.info/; the owner of the account used for hosting the website http://kompromat1.pro/; the receiver of hosting services for hosting the software of the website http://kompromat1.pro/; the registrar of the domain name glavk.net; the recipient of hosting services for hosting the software of the website http://glavk.net/.

In support of the request, the plaintiff's representative indicates the fact that the information he requires is to provide an opportunity to identify the appropriate defendants in the case correctly, to clarify their contact information, addresses, and to check the accuracy of the information published on the sites.

At the same time, he mentions that the party took all possible measures aimed at the identification of appropriate defendants himself and finding of their contacts, but it was not possible to obtain information about Defendant 1 and Defendant 3 on his own. Thus, he asks to satisfy the request in full.

At the court seat, which took place on November 18, 2021, the representative of the defendant - Limited Liability Company "Interfax-Ukraine" Information Agency Klymiyuk O.S. did not object to the satisfaction of the resolution.

At the court hearing, which took place 18.11.2021, the representative of the Plaintiff, Kravets R.Yu. supported the resolution and asked to satisfy it.

Other participants did not appear in court, but they were properly notified about the case.

In accordance with Part 1 of Article 84 of the CPC of Ukraine, the party to the case, if it is impossible for him to provide evidence independently, has the right to file a resolution to demand evidence from the court.

Having examined the case, taking into account the subject matter of the sparring, the content of the claim, the evidence of the case, and considering that the circumstances of civil cases are determined by the court on an adversarial basis, considers the request for evidence as proper and to be satisfied.

In view of the above and guided by Art. 81, 84, 258-261, 263, 353 CPC of Ukraine, the court,

**determined:**

To satisfy the request of the plaintiff's representative to demand evidence.

To request information about the person (if it is a private person: a surname, a name and patronymic, address of residence, a registration number of the tax payer's card, and a number of means of communication; if it is a legal entity: a name, an

Shevchenkivsky District Court of Kyiv
*261058808863*1*1*

identification code, a legal address, and a number of means of communication), who is:

1) the registrar of the domain name kompromat1.info - at the registrar of the domain name - Go Daddy.com, LLC, address: 14455 North Hayden Road, Suite 226, Scottsdale AZ 85260, United States; e-mail: abuse@godaddy.com, leqal@godaddy.com, tel.: +14805058800; +14806242505; 0893202529;

2) the recipient of hosting services for the placement of software on the website http.//kompromatl.info/ on a specialized web server and providing access to it from the Internet – to the hosting provider of this website Cloudflare, Inc, address: 101, Townsend Street, San Francisco, CA, 94107, US, e-mail: abuse@cloudflare.com; tel.: +16503198930;

3) the owner of the account used for hosting the website http://kompromat1.pro/ on the Internet, from the registrant of the domain name - Alexei Presnyakov, address: 150047, Russian Federation, Yaroslavl, Uglichskaya Str., 39 k3 (b/c TechnoCenterPlaza);

4) the recipient of hosting services for hosting the software of the website http://kompromatl.pro/ on a specialized web server and providing access to it through Internet – to the hosting provider of this website, "SERVICE PIPE LLC", state registration number 1157746483784, adress: 111024, Moscow, 2nd Kabelnaya Str., house 2, building 3, floor 2, apt. XVIII, room 8, tel.: +74953749728, e-mail: abuse@servicepipe.ru, a.izbaenkov@servicepipe.ru, the Manager - Izbayeyakov Artem Igorovich;

5) the registrant of the domain name glavk.net, in particular as of 08.08.2020, at the registrar of the domain name - Name.com, Inc, location address: 414 14th Street #200, Denver, Colorado, 80202, United States; mail address: P.O. Box 6197, Denver CO 80206, United States, e-mail: abuse@name.com, support@name.com, tel.: +17202350091,+ 17202492374, + 17203101849.

6) the recipient of hosting services for hosting the software of the website http://glavk.net/ on a specialized web server and providing access to it from the Internet, to the hosting provider of this website SERVISPIPE LLC, state registration number 1157746483784, address: 111024, Moscow, 2nd Cabelanaya st., house 2, building 3, floor. 2, room XVIII, room 8, tel.: +74953749728, e-mail: abuse@servicepipe.ru, a.izbaenkov@servicepipe.ru, manager - Izbayenkov Artem Igorevich.

Evidence required by the decision should be sent to the Shevchenkivsky District Court of Kyiv at the address: Kyiv, st. Degtyarivska, 31a, case №761/20891/21.

If it is impossible to provide the abovementioned documents, to inform the Shevchenkivsky District Court of Kyiv, stating the reasons.

The resolution is non-appealable. Notices of opposition to resolutions that are non-appealable apart from the court decision are included in the appeal against the decision of the court.

Shevchenkivsky District Court of Kyiv
*261058808863*1*1*

Judge

ACCORDING TO THE ORIGINAL

Judge          /Signature/

Secretary      /Signature/


Seal: Ukraine, Shevchenkivskyi District Court of Kyiv, ID code 02896710


Bound and numbered

On 3 pages


The Judge        /Signature/   Saadulaev A. G.

The Secretary    /Signature/   Korniychuk Ye. T.


Seal: Ukraine, Shevchenkivskyi District Court of Kyiv, ID code 02896710


Shevchenkivsky District Court of Kyiv
*261058808863*1*1*

Додаток 11
до Інструкції про порядок виконання
міжнародних договорів з питань надання
правової допомоги в цивільних справах щодо
вручення документів, отримання доказів та
визнання і виконання судових рішень

**ЗАПИТ**
**про міжнародну правову допомогу**
**REQUEST**
**for international legal assistance**

відповідно до Гаазької Конвенції про отримання за кордоном доказів у цивільних або комерційних
справах від 18 березня 1970 року
pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial
Matters

| | | |
|---|---|---|
| 1 | Запитуючий орган<br>Sender | Шевченківський районний суд міста Києва,<br>03057, Україна, м. Київ, вул. Дегтярівська, буд.31А<br>*(найменування і адреса)* |
| 2 | Центральний орган запитуваної Сторони<br>Central Authority of the Requested State | U.S. Department of Justice Civil Division, 950<br>Pennsylvania Avenue, N.W., DC 20530-0001<br>*(найменування і адреса)* |
| 3 | Особа, якій необхідно повернути матеріали після виконання Запиту<br>Person to whom the executed request is to be returned | Шевченківський районний суд міста Києва,<br>03057, Україна, м. Київ, вул. Дегтярівська, буд.31А<br>*(повне ім'я і адреса)* |
| 4 | Визначення дати, до якої запитуючий орган потребує одержати відповідь на Запит<br>Specification of the date by which the requesting authority requires receipt of the response to the Request | |
| | Дата/Date | |
| | Причини термінової потреби*<br>Reason for urgency | |

ВІДПОВІДНО ДО СТАТТІ 3 КОНВЕНЦІЇ ЗАПИТУЮЧИЙ ОРГАН МАЄ ЧЕСТЬ ЗВЕРНУТИСЯ З ТАКИМ
ЗАПИТОМ:
IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE
HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | |
|---|---|---|
| 5 a | Запитуючий орган (пункт „а" статті 3)<br>Requesting judicial authority (article 3,a) | Шевченківський районний суд міста Києва,<br>03057, Україна, м. Київ, вул. Дегтярівська, буд.31А<br>*(найменування і адреса)* |

---

* Пропустити, якщо не потрібно.
* **Закреслити**, якщо не потрібно. / Delete if inappropriate.

Продовження додатка 11

| | |
|---|---|
| b | до компетентного органу (пункт „a" статті 3) to the competent authority of (article 3,а) |

Сполучених Штатів Америки

_____

_____

_____

*(запитувана держава)*

| | |
|---|---|
| c | Назва і номер справи Name of the case and any identifying number |

**У цивільній справі за позовом:**
**позивач:** Хрімлі Олександр Геннадійович (РНОКПП: 2362316154, місце проживання: м.Київ, пр-т Героїв Сталінграда, буд.2Г, кв.10),
**відповідач-1:** Олексій Преснаков (місце перебування: Російська Федерація, м.Ярославль, вул.Углічська, буд.39, кв.3),
**відповідач-2:** Товариство з обмеженою відповідальністю «Інформаційне агентство «Інтерфакс-Україна» (ЄДРПОУ: 23732734, місцезнаходження: м.Київ, вул.Рейтарська, буд.8/5А),
**відповідач-3:** Випускаючий редактор інтернет-видання «glavk.net» Максим Машков (місцеперебування: Литовська республіка, м. Вільнюс, вул. Перкункеме, буд.2/2)
**відповідач-4:** Чорноіван Тарас Миколайович (останнє відоме місце реєстрації: Вінницька область, Шаргородський район, м.Шаргород, вул.Чорновола (Пархоменко), буд.33, кв.2),
**третя особа на стороні відповідача-2:** Болтрик Єгор Юрійович (місцеперебування: м.Київ, бульв.Лесі Українки, буд.29, кв.48),
**третя особа, яка не заявляє самостійних вимог щодо позову, на стороні відповідачів:** Громадська організація «Всеукраїнське об'єднання «Автомайдан» (ЄДРПОУ: 39174967, місцезаходження: 03039, м.Київ, пр-т Голосіївський, буд.21, кв.56),
**третя особа, яка не заявляє самостійних вимог щодо позову, на стороні відповідачів:** Різаненко Павло Олександрович (Київська область, м.Бровари, бул. Незалежності, буд.12в, кв.82),
**предмет позову:** визнання інформації недостовірною та такою, що ганьбить честь, гідність та ділову репутацію.

| | |
|---|---|
| 6 | Повне ім'я і адреси сторін та їхніх представників (включаючи представників у запитуваній Державі*) (пункт „b" статті 3) Names and addresses of the parties and their representatives (including representatives in the requested State) (article 3.b) |
| a | Позивач Plaintiff |

Хрімлі Олександр Геннадійович (РНОКПП: 2362316154, адреса: 04210, Україна, м.Київ, пр-т Героїв Сталінграда, буд.2Г, кв.10)

Представники
Representatives

Кравець Ростислав Юрійович (РНОКПП: 26855002573 адреса: 04053, Україна, м.Київ, пров.Бехтерівський, 4Б

_____

\* Пропустити, якщо не потрібно.
\* **Закреслити**, якщо не потрібно. / Delete if inappropriate.

| | | |
|---|---|---|
| b | Відповідач-1<br>Defendant | Олексій Преснаков (місце перебування: Російська Федерація, м.Ярославль, вул.Углічская, буд.39, кв.3) |
| b | Відповідач-2<br>Defendant | Товариство з обмеженою відповідальністю (ЄДРПОУ: 23732734, місцезнаходження: м.Київ, вул.Рейтарська, буд.8/5А) «Інформаційне агентство «Інтерфакс-Україна» |
| b | Відповідач-3<br>Defendant | Випускаючий редактор інтернет-видання «glavk.net» Максим Машков (місцеперебування: Литовська республіка, м. Вільнюс, вул. Перкункеме, буд.2/2) |
| b | Відповідач-4<br>Defendant | Чорноіван Тарас Миколайович (останнє відоме місце реєстрації: Вінницька область, Шаргородський район, м.Шаргород, вул.Чорновола(Пархоменко),буд.33, кв.2) |
| c | Інші сторони<br>Other parties | Болтрик Єгор Юрійович (місцеперебування: м.Київ, бульв.Лесі Українки, буд.29, кв.48);<br>Громадська організація «Всеукраїнське об'єднання «Автомайдан» (ЄДРПОУ: 39174967, місцезнаходження: 03039, м.Київ, пр-т Голосіївський, буд.21, кв.56);<br>Різаненко Павло Олександрович (Київська область, м.Бровари, бул. Незалежності, буд.12в, кв.82) |
| | Представники<br>Representatives | |
| 7 a | Суть справи (розлучення, батьківство, порушення зобов'язання, відповідальність виробника тощо) (пункт „с" статті 3)<br>Nature of the proceedings  (article 3,c) | Визнання інформації недостовірною та такою, що ганьбить честь, гідність та ділову репутацію |
| b | Короткий виклад позовних вимог<br>Summary of complaint | Спростувати недостовірну інформацію та вилучити її з відповідних сайтів. |

\* **Закреслити**, якщо не потрібно. / Delete if inappropriate.

Продовження додатка II

c   Короткий виклад заперечення на позов та зустрічного позову
Summary of defense and counterclaim

Заперечень до позову та зустрічного позову не надходило.

d*  Інша інформація або документи
Other necessary information or documents

8 a   Запитувані докази або інші процесуальні дії (пункт „d" статті 3)
Evidence to be obtained or other judicial act to be performed (article 3,d)

Інформація про власників веб-сайтів, доменних імен, отримувачів послуг хостингу.

b   Призначення запитуваних доказів або процесуальної дії
Purpose of the evidence or judicial ant sought

Встановити належних відповідачів у судовій справі.

9*  Повне ім'я і адреса будь-якої особи, яку слід опитати (пункт „е" статті 3)
Identity and address of any person to be examined (article 3.e)

Дивитись список, що додається.

10*  Запитання, які слід поставити особам, або факти справи, щодо яких їх слід опитати (пункт „f" статті 3)
Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3.f)

Дивитись список, що додається.

11*  Документи або інше майно, які слід дослідити (пункт „g" статті 3)
Documents or other property to be inspected (article 3.g)

12*  Будь-які вимоги щодо особливої форми одержання свідчень (пункт „h" статті 3)[1]
Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3.h)

---

* Пропустити, якщо не потрібно.
[1] На випадок, якщо докази неможливо отримати запитуваним способом, слід зазначати, чи слід їх одержувати в спосіб, передбачений місцевим законодавством для формального одержання доказів
* **Закреслити**, якщо не потрібно. / Delete if inappropriate.

Продовження додатка 11

| | | |
|---|---|---|
| 13* | Спеціальний спосіб або процедура, якої слід дотримуватися (як-то усний чи письмовий аудіозапис, дослівний запис або короткий виклад відповідей, перехресний допит тощо) (пункт „i" статті 3, стаття 9)² <br> Special methods or procedure to be followed (articles 3.i and 9) | |
| 14* | Прохання повідомити про час і місце виконання Запиту, повне ім'я і адреси осіб, яким це слід повідомити (стаття 7) <br> Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (article 7) | Шевченківський районний суд міста Києва <br> 03057, Україна, місто Київ, вул. Дегтярівська, буд. 31А |
| 15* | Прохання про присутність або участь представників запитуючого органу при виконанні Запиту (стаття 8) <br> Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Request (article 8) | |
| 16* | Інформація про право або обов'язок відмовитися від надання свідчень чи доказів, передбачений законодавством України (пункт „b"статті 11) <br> Specification of privilege or duty to refuse to give evidence under the law of Ukraine (article 11.b) | |
| 17* | Витрати та інші кошти, які можуть бути відшкодовані відповідно до пункту 2 статті 14 або до статті 26 Конвенції, будуть сплачені особою/органом: <br> The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by: | Хрімлі Олександр Геннадійович (РНОКПП: 2362316154, місце проживання: м.Київ, пр-т Героїв Сталінграда, буд.2Г, кв.10) |

ДАТА ЗАПИТУ
DATE OF REQUEST

18 листопада 2021 року

ПІДПИС І ПЕЧАТКА ЗАПИТУЮЧОГО ОРГАНУ
SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

---

* Пропустити, якщо не потрібно.
* **Закреслити**, якщо не потрібно. / Delete if inappropriate.

Додаток до Запиту

### Список запитань,
**які слід поставити особам та факти справи, щодо яких їх слід опитати**
**відповідно до п. «f» ст. 3 Гаазької конвенції про отримання за кордоном**
**доказів у цивільних або комерційних справах 18.03.1970 року**

1. Витребувати інформацію про особу (якщо це фізична особа – прізвище, ім`я та по-батькові, адресу проживання, реєстраційний номер облікової картки платника податків, номер засобу зв`язку; якщо це юридична особа - найменування, ідентифікаційний код, юридична адреса, номер засобу зв`язку), яка є:

1.1. реєстрантом доменного імені kompromat1.info – у реєстратора *доменного імені – Go Daddy.com, LLC, адреса: 14455 North Hayden Road, Suite* 226, Scottsdale AZ 85260, United States; e-mail: abuse@godaddy.com, legal@godaddy.com, тел.: +14805058800; +14806242505; 0893202529, та дані про володільця облікового запису, що використовується для розміщення цього веб-сайту у мережі Інтернет;

1.2. отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://kompromat1.info/ на спеціалізованому веб-сервері та забезпечення доступу до нього з мережі Інтернет – у хостинг-провайдера цього веб-сайту Cloudflare, Inc, адреса: 101 Townsend Street, San Francisco, CA, 94107, US, e-mail: abuse@cloudflare.com; тел.: +16503198930, та дані про володільця облікового запису, що використовується для розміщення цього веб-сайту у мережі Інтернет;;

1.3. реєстрантом доменного імені glavk.net, зокрема станом на 08.08.2020 року, у реєстратора доменного імені – Name.com, Inc, адреса місцезнаходження: 414 14ᵗʰ Street #200, Denver, Colorado, 80202, United States; адреса для листування: P.O. Box 6197, Denver CO 80206, United States, e-mail: abuse@name.com, support@name.com, тел.: +17202350091, +17202492374, +17203101849, та дані про володільця облікового запису, що використовується для розміщення цього веб-сайту у мережі Інтернет.

**Підпис і печатка запитуючого органу** _____



КОПІЯ


Справа № 761/20891/21
Провадження № 2/761/9187/2021

## УХВАЛА
## ІМЕНЕМ УКРАЇНИ

18 листопада 2021 року Шевченківський районний суд м. Києва у складі:
головуючого судді Саадулаєва А.І.,
при секретарі Корнійчук Є.Т.,
розглядаючи у відкритому судовому засіданні в м. Києві цивільну справу за позовом:
позивач: Хрімлі Олександр Геннадійович (РНОКПП: 2362316154, місце проживання: м.Київ, пр-т Героїв Сталінграда, буд.2Г, кв.10),
відповідач-1: Олексій Преснаков (місце перебування: Російська Федерація, м.Ярославль, вул.Угліческая, буд.39, кв.3),
відповідач-2: Товариство з обмеженою відповідальністю «Інформаційне агентство «Інтерфакс-Україна» (ЄДРПОУ: 23732734, місцезнаходження: м.Київ, вул.Рейтарська, буд.8/5А),
відповідач-3: Випускаючий редактор інтернет-видання «glavk.net» Максим Машков (місцеперебування: Литовська республіка, м. Вільнюс, вул. Перкункеме, буд.2/2)
відповідач-4: Чорноіван Тарас Миколайович (останнє відоме місце реєстрації: Вінницька область, Шаргородський район, м.Шаргород, вул.Чорновола (Пархоменко), буд.33, кв.2),
третя особа на стороні відповідача-2: Болтрик Єгор Юрійович (місцеперебування: м.Київ, бульв.Лесі Українки, буд.29, кв.48),
третя особа, яка не заявляє самостійних вимог щодо позову, на стороні відповідачів: Громадська організація «Всеукраїнське об'єднання «Автомайдан» (ЄДРПОУ: 39174967, місцезаходження: 03039, м.Київ, пр-т Голосіївський, буд.21, кв.56),
третя особа, яка не заявляє самостійних вимог щодо позову, на стороні відповідачів: Різаненко Павло Олександрович (Київська область, м.Бровари, бул. Незалежності, буд.12в, кв.82),
предмет позову: визнання інформації недостовірною та такою, що ганьбить честь, гідність та ділову репутацію,

**встановив:**

У червні 2021 року Хрімлі Олександр Геннадійович звернувся до суду з вищевказаним позовом.

Відповідно до протоколу автоматизованого розподілу судової справи між суддями вищевказана позовна заява надійшла в провадження судді Саадулаєва А.І.

Ухвалою Шевченківського районного суду м. Києва від 02.09.2021 року відкрито провадження у справі за правилами загального позовного провадження та призначено підготовче судове засідання.

Представником позивача разом із позовною заявою подано до суду клопотання про витребування доказів, відповідно до якого просить витребувати інформацію про особу: яка є: реєстрантом доменного імені kompromat1.info; отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://kompromat1.info/; володільцем облікового запису, що використовується для розміщення веб-сайту http://kompromat1.pro/; отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://

kompromat1.pro/; реєстрантом доменного імені glavk.net; отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://glavk.net/.

В обґрунтування клопотання, представник позивача посилається на те, що інформація яку він просить витребувати надасть можливість правильно встановити належних відповідачів у справі, уточнити їх контактні дані, адреси, перевірити правильність тих даних, які містяться на самих сайтах. В той же час зазначає, що сторона вживала всіх можливих заходів, спрямованих на самостійне встановлення належних відповідачів та віднайдення їх контактів, проте самостійно отримати інформацію відносно відповідача 1 та відповідача 3, не вдалось можливим. А тому, просить задовольнити клопотання у повному обсязі.

В судовому засіданні, яке відбулось 18.11.2021 року, представник відповідача - Товариства з обмеженою відповідальністю «Інформаційне агентство «Інтерфакс-Україна» Клим'юк О.С. не заперечувала проти задоволення клопотання.

В судовому засіданні, яке відбулось 18.11.2021 року, представник позивача - Кравець Р.Ю. клопотання підтримав та просив його задовольнити.

Інші учасники у судове засідання не з'явилися, повідомлені належним чином про розгляд справи.

Відповідно до ч.1 ст.84 ЦПК України, учасник справи, у разі неможливості самостійно надати докази, вправі подати клопотання про витребування доказів судом.

Суд, дослідивши матеріали справи, беручи до уваги предмет спору, зміст заявлених позовних вимог та наявні у матеріалах справи докази, а також враховуючи, що обставини цивільних справ з'ясовуються судом на засадах змагальності, вважає, що клопотання про витребування доказів є обґрунтованим та таким, що підлягає задоволенню.

На підставі наведеного та керуючись ст. ст. 81, 84, 258-261, 263, 353 ЦПК України, суд,

**ухвалив:**

Клопотання представника позивача про витребування доказів задовольнити.

Витребувати інформацію про особу (якщо це фізична особа - прізвище, ім'я та по-батькові, адресу проживання, реєстраційний номер облікової картки платна податків, номер засобу зв'язку; якщо це юридична особа – найменування, ідентифікаційний код, юридична адреса, номер засобу зв'язку), яка є:

1) реєстрантом доменного імені kompromat1.info - у реєстратора доменного імені - Go Daddy.com, LLC, адреса: 14455 North Hayden Road, Suite 226, Scottsdale AZ 85260, United States; e-mail: abuse@godaddy.com, leqal@godaddy.com, тел.: +14805058800; +14806242505; 0893202529;

2) отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://kompromat1.info/ на спеціалізованому веб-сервері та забезпечення доступу до нього з мережі Інтернет - у хостинг-провайдера цього веб-сайту Cloudflare, Inc, адреса: 101 Townsend Street, San Francisco, CA, 94107, US, e-mail: abuse@cloudflare.com; тел.: +16503198930;

3) володільцем облікового запису, що використовується для розміщення веб-сайту http://kompromat1.pro/ у мережі Інтернет, від реєстранта доменного імені - Олексія Преснакова, адреса: 150047, Російська Федерація, м. Ярославль, вул. Угліцька, 39, к.3, (б/ц ТехноЦентрПлаза);

4) отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://kompromat1.pro/ на спеціалізованому веб-сервері та забезпечення доступу до нього з мережі Інтернет - у хостинг-провайдера цього веб-сайту, яким є ТОВ «СЕРВИСПАЙП» (SERVICEPIPE LLC), державний реєстраційний номер 1157746483784 адреса: 111024, м. Москва, вул. 2-га Кабельна, будинок 2, будівля 3, пов. 2, приміщення XVIII, кім. 8, тел.: +74953749728, е-майл: abuse@servicepipe.ru, a.izbaenkov@servicepipe.ru, керуючий - Ізбаєнков Артем Ігорович;

5) реєстрантом доменного імені glavk.net, зокрема станом на 08.08.2020 року, у реєстратора доменного імені - Name.com, Inc, адреса місцезнаходження: 414 14th Street #200, Denver, Colorado, 80202, United States; адреса для листування: P.O. Box 6197, Denver CO 80206, United States, e-mail: abuse@name.com, support@name.com, тел.: 17202350091,

Шевченківський районний суд
міста Києва

*2610*58808863*1*1*

+17202492374, + 17203101849.

6) отримувачем послуг хостингу щодо розміщення програмного забезпечення веб-сайту http://glavk.net/ на спеціалізованому веб-сервері та забезпечення доступу до нього з мережі Інтернет - у хостинг-провайдера цього веб-сайту ООО «СЕРВИСПАЙП» (SERVICEPIPE LLC), державний реєстраційний номер 1157746483784, адреса: 111024, м. Москва, вул. 2-га Кабельна, будинок 2, будівля 3, пов. 2, приміщення XVIII, кім. 8, тел.: +74953749728, е-мейл: abuse@servicepipe.ru, a.izbaenkov@servicepipe.ru, керуючий - Ізбаєнков Артем Ігорович.

Витребувані ухвалою докази направити до Шевченківського районного суду м. Києва за адресою: м. Київ, вул. Дегтярівська, 31а, справа №761/20891/21.

У разі неможливості надати вищевказані документи повідомити про це Шевченківський районний суд м. Києва із зазначенням причин.

Ухвала оскарженню не підлягає. Заперечення на ухвали, що не підлягають оскарженню окремо від рішення суду, включаються в апеляційну скаргу на рішення суду.

Суддя: